IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA LABORERS' DISTRICT COUNCIL HEALTH AND WELFARE FUND, LABORERS' NATIONAL PENSION FUND, TRUSTEES OF THE IOWA LABORERS' DISTRICT COUNCIL HEALTH AND WELFARE FUND, and TRUSTEES OF THE LABORERS' NATIONAL PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> OLMSTEAD CONSTRUCTION, INC., <br><br> Defendant. | No. 4:22-cv-00356-RGE-SBJ <br><br> **ORDER TRANSFERRING CASE** |

Plaintiffs Iowa Laborers' District Council Health and Welfare Fund, Laborers' National Pension Fund, Trustees of the Iowa Laborers' District Council Health and Welfare Fund, and Trustees of the Laborers' National Pension Fund brings this complaint under 29 U.S.C. §§ 1132 and 1145, alleging Defendant Olmstead Construction, Inc. failed to remit reports and contributions to Plaintiff Funds as obligated by agreement. ECF No. 1. For the following reasons, the Court determines venue is not appropriate here but in the United States District Court for the Northern District of Iowa.

In general,

A civil action may be brought in—

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or

(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Plaintiffs allege appropriate venue is governed by Olmstead Construction's "principal place of business . . . in Cedar Rapids, Iowa." ECF No. 1 ¶ 6. Cedar Rapids is in Linn County, Iowa. Linn County is located in the Northern District of Iowa. 28 U.S.C. § 95(a)(1). Further, Plaintiffs allege Olmstead Construction employs laborers subject to the agreement at issue in the counties of Linn, Benton, Jones, Dubuque, Jackson, Delaware, Cedar, Iowa, Johnson, and Washington. ECF No. 1 ¶ 9. All of these counties, except Johnson and Washington, are located in the Northern District of Iowa. 28 U.S.C § 95 (a)(1)–(2).

The Court finds it is in the interest of justice to transfer this action to the United States District Court for the Northern District of Iowa. *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

**IT IS ORDERED** that the Clerk of Court transfer this case to the United States District Court for the Northern District of Iowa. By this order the Court expresses no opinion about the merits of the case.

**IT IS SO ORDERED.**

Dated this 21st day of October, 2022.

Rebecca Goodgame Ebinger
United States District Judge